IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

RENEE L. HEIDER, ADMINISTRATRIX OF
THE ESTATE OF KERRY ARTHUR HEIDER

*Plaintiff,*

v.

LOREN R. PORTER, LAKEFRONT
LINES, INC., MIKE GOEBEL,
TOM GOEBEL, and JACK GOEBEL,

*Defendants.*

Docket No. 06-cv-1194

Honorable Gary L. Lancaster
U.S. District Court Judge

Honorable Amy Reynolds Hay
U.S. Magistrate Judge

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Plaintiff, Renee L. Heider, Administratrix of the Estate of Kerry Arthur Heider, Deceased; and, Defendants, Loren R. Porter, Lakefront Lines, Inc.; Mike Goebel; Tom Goebel; and, Jack Goebel, voluntarily execute this Stipulation of Dismissal, indicating for the record that this action is hereby dismissed with prejudice.

*/s/ Monte J. Rabner*
Monte J. Rabner, Esquire
PA ID No 68251

**Rabner Law Offices**
800 Law & Finance Building
429 Fourth Avenue
Pittsburgh, PA 15219
(412) 765-2500
(412) 765-3900 Fax.

Counsel for Plaintiff

*/s/ Warren L. Siegfried*
Warren L. Siegfried, Esquire
PA I.D. No. 80692

**Wayman, Irvin & McAuley**
1624 Frick Building
437 Grant Street
Pittsburgh, PA 15219
(412) 566-2970
(412) 391-1464 Fax.

Counsel for Defendant

### IT IS SO ORDERED:

s/Gary L. Lancaster          J.

Dated: November 28, 2006